AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

JOSEPH PHILIP KALENOWSKY,

          Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

    V.

                                   CASE NUMBER:   3:11-cv-00797-RCJ-VPC

CANYON CAPITAL FUNDING
CORPORATION, et al.,

          Defendant(s).


\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.


        **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 47) is GRANTED.


 April 26, 2013                                **LANCE S. WILSON**
                                                Clerk


                                             /s/ K. Rusin
                                           Deputy Clerk